

FILED
CLERK, U.S. DISTRICT COURT

DEC - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>FAIZON AZANTA DONNIE,<br>DEFENDANT(S). | CASE NUMBER<br><br>SACR 15-00150-CJC (Dft #5)<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for _Monday, December 14,_____, _2015_____, at _1:30_____ ☐a.m. / ☒p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _12/9/2015_

DOUGLAS F. McCORMICK
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                            Page 1 of 1